ALBANY,
October, 1823.

THE PEOPLE
v.
VAIL.

SILL *against* TRUMBULL.

J. KOON, moved to change the venue, but the affidavit for the motion was defective, in not stating where the venue was laid.

*I. Seelye,* contra.

*Curia.* The motion must be denied, with costs. In general, we do not give costs, on denying a motion to change the venue. But where the party moves on defective papers, and, for that reason, fails in his application, it is reasonable that costs should be allowed.

Rule accordingly.

In general, costs are not granted upon denying a motion to change the venue; But where the motion is denied, because the mover's papers are defective, costs will be allowed.